## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BRANCH BANKING AND TRUST
COMPANY,

      Plaintiff,

v.                                   CASE NO: 8:10-CV-1334-T-30EAJ

J. DAVID EWING,

      Defendant.
_____/

BRANCH BANKING AND TRUST
COMPANY,

      Plaintiff,

v.                                   CASE NO: 8:11-CV-200-T-30TGW

JDE FLORIDA, LLC, et al.,

      Defendants.
_____/

## <u>ORDER</u>

Upon review and consideration, it is ORDERED that:

1.     The Unopposed Motion to Consolidate Cases (Dkt. #14) filed in case number

8:10-cv-1334-T-30EAJ is GRANTED and the above-captioned causes are

CONSOLIDATED for all further proceedings.

2.     The parties shall file all subsequent papers in lead case #10-cv-1334-T-30EAJ.

3. The Clerk is directed to docket the Motion for Appointment of Receiver to Maintain and Safeguard Collateral (Dkt. #3) and filings related to same (Dkts. #4 and #6) filed in case number 8:11-cv-200-T-30TGW in the lead case.

4. The Clerk is directed to ADMINISTRATIVELY CLOSE case #8:11-cv-200-T-30TGW.

5. The Case Management Scheduling Order (Dkt. #12) is VACATED.

6. The parties shall file an Amended Case Management Report within twenty (20) days of the date of the entry of this Order, following which this Court will enter an Amended Case Management Scheduling Order.

7. The Order Referring Case to Mediation (Dkt. #13) is VACATED and will be reissued at a later date.

**DONE** and **ORDERED** in Tampa, Florida on February 3, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-1334.consolidate.wpd