UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERMAN AMERICAN CAPITAL
CORPORATION,

    Plaintiff,

v.                                        Case No: 8:10-cv-1334-T-30EAJ

J. DAVID EWING,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal (Dkt. #53).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of February, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1334 dismiss 53.docx